UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

Plaintiff,

v.

JOHN DOE et al.,

Defendants.

CASE NO. 2:26-cv-02501-DGE

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation (Dkt. No. 2) of the Honorable S. Kate Vaughan, United States Magistrate Judge, Plaintiff's objections (Dkt. No. 3) and the remaining record *de novo*, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation in full.

(2) This action is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 7th day of August, 2026.

David G. Estudillo
United States District Judge